UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HDI GLOBAL INSURANCE COMPANY,

                    Plaintiff,

-against-

KUEHNE & NAGEL, INC., KUEHNE & NAGEL S.A., and TRANSPAC CONTAINER SYSTEM, LTD. OF HONG KONG T/A BLUE ANCHOR LINE,

                    Defendants.

23-CV-8791 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      As discussed during today's conference, the briefing schedule for the parties' dispositive motions is amended as follows: Defendant's motion for summary judgment is due on **September 27, 2024**; Plaintiff's cross-motion for summary judgment and opposition to Defendant's motion are due by **October 11, 2024**; Defendant's reply in support of its motion and opposition to Plaintiff's motion are due by **October 25, 2024**; and Plaintiff's reply is due by **November 8, 2024**.

      The Court will, by separate order, refer the parties to Magistrate Judge Figueredo for a settlement conference. Should the parties need an extension of the briefing schedule in order to accommodate the settlement conference, they must file any such extension request at least 48 hours prior to the above-listed deadlines.

      Plaintiff is ORDERED to file a stipulation of dismissal dismissing the Defendants who have not been served with the summons and Complaint by no later than **August 20, 2024**.

Dated: August 13, 2024
       New York, New York

                                  SO ORDERED.

                                  *Jessica Clarke*

                                  JESSICA G. L. CLARKE
                                  United States District Judge