UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HDI GLOBAL INSURANCE COMPANY,

                     Plaintiff,

   -against-

KUEHNE & NAGEL, Inc et al.,

                     Defendants.
------------------------------------------------------------------X

23-CV-8791 (JGLC) (VF)

**ORDER SCHEDULING
PRE-SETTLEMENT
CONFERENCE CALL**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A pre-settlement conference call in this matter is hereby scheduled for **Tuesday, September 10, 2024 at 11:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335**.

      SO ORDERED.

DATED:    New York, New York
               August 20, 2024

                                               _____
                                               VALERIE FIGUEREDO
                                               United States Magistrate Judge