UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HDI GLOBAL INSURANCE COMPANY,

                    Plaintiff,

     -against-

KUEHNE & NAGEL, Inc et al.,

                    Defendants.
------------------------------------------------------------------X

23-CV-8791 (JGLC) (VF)

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The settlement conference in this matter is rescheduled for **Wednesday, December 11, 2024, at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

      Defendant must respond to Plaintiff's previous demand, prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **December 4, 2024.**

SO ORDERED.

DATED:    New York, New York
             September 10, 2024

                                                              _____
                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge