UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
HDI GLOBAL INSURANCE COMPANY,

                       Plaintiff,

       -against-

KUEHNE & NAGEL, Inc et al.,

                       Defendants.
-------------------------------------------------------------------X

23-CV-8791 (JGLC)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The settlement conference in this matter scheduled for Wednesday, December 11, 2024 is hereby cancelled in light of ECF No. 29.

**SO ORDERED.**

DATED:    New York, New York
                December 6, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge